AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

APR - 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| RAFAEL GASPAR-ALVARADO | CASE NUMBER: 08CR1072-BEN |

I, RAFAEL GASPAR-ALVARADO, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4/8/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Rafael Gaspar Alvarado
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER