# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER 08CR1072-GT
vs )
Rafael Gaspar- ) ABSTRACT OF ORDER
Alvarado ) Booking No. 07841298
)
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 5-12-08 the Court entered the following order:

✓ — Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____ Defendant released on $_____ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

✓ — Defendant sentenced to TIME SERVED, supervised release for 1 years.

____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:
_____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

____ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

____ Other._____

GORDON THOMPSON, JR.
UNITED STATES MAGISTRATE JUDGE

OR

by Ridgeway, Deputy Clerk

Received _____ DUSM

Crim-9 (Rev 6-95)    ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY